**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

CARA N. MENSING,         )
                         )
          Plaintiff,    )
                         )
v.                    )     Case No. CIV-17-013-KEW
                         )
COMMISSIONER OF THE SOCIAL  )
SECURITY ADMINISTRATION,    )
                         )
          Defendant.    )

### J U D G M E N T

On this date, this Court entered its final order affirming the decision of the Administrative Law Judge. In accordance with the fourth sentence of 42 U.S.C. §405(g), Defendant is entitled to a judgment reflecting this Court's ruling.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's decision denying benefits to Plaintiff is **AFFIRMED.**

IT IS SO ORDERED this 24th day of September, 2018.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE